JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
KATY A. NELSON - State Bar No. 173759
knelson@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff
Integon Preferred Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES DEVONEY BROUGHTON, an individual,<br><br>Defendants. | Case No. 2:16-CV-09207 AB (ASx)<br><br>**DECLARATION OF MARY GORDON IN SUPPORT OF EX PARTE APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS** |

I, Mary Gordon, declare:

1.  I am an employee of National General Insurance Company, which is responsible for handling claims under policies issued by Integon Preferred Insurance Company ("Integon"). I am responsible for handling the personal injury, wrongful death and survival action filed in April 2012 in San Bernardino Superior Court, Case No. CIVNS1200020, by Arsenio D. Madero and Eloisa Madero individually and as successor in interest to DJ Mariah Madero, and JC Madero, against Mercedes Broughton and Paul Broughton ("the Personal Injury Action") for Integon. I have personal knowledge of the facts stated in this declaration and, if called as a witness,

1

could and would testify competently to those facts. This declaration is submitted in support of the Ex Parte Application for Order for Publication of Summons.

2. Integon issued Personal Auto Policy No. PCA386195, to defendant Mercedes Broughton effective 3/2/11 to 9/2/11, and subsequently renewed the policy for the policy period 9/2/11 to 3/2/12) ("the Policy"). Integon's limit of liability under the Policy for bodily injury is $100,000 each person and $300,000 each accident.

3. The Personal Injury Action proceeded to trial. A verdict was rendered and a judgment of $3,000,223.65 was filed against defendant Mercedes Broughton in the Personal Injury Action on April 8, 2016 ("Judgment").

4. Before the trial in the Personal Injury Action took place, Integon had previously paid $100,000 to settle personal injury claims made by three plaintiffs in connection with the same accident.

5. On October 31, 2016 and November 1, 2016, Integon paid its remaining limits of $200,000, in partial satisfaction of the Judgment. The Policy is now completely exhausted.

6. Integon has been in contact with Broughton for several years now because it has been providing her with a defense in the Personal Injury Action.

7. On September 8, 2016, Integon was provided with a new address for Broughton, that is, 2509 Morrow Ridge Place in Laughlin, NV 89029-0020. I am confident that this address is Broughton's current residence, as I have been communicating with her at this address and no mail has been returned.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 28, 2017, at St. Louis, MO.

_____
MARY GORDON