JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
KATY A. NELSON - State Bar No. 173759
knelson@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660

Attorneys for Plaintiff
Integon Preferred Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES DEVONEY BROUGHTON, an individual,<br><br>Defendants. | Case No. 2:16-CV-09207 AB (ASx)<br><br>**DECLARATION OF KATY NELSON IN SUPPORT OF EX PARTE APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS** |

I, KATY A. NELSON, declare:

1.   I am an attorney and a member of the Bar of the State of California.  I am an associate with Woolls Peer Dollinger & Scher, counsel of record for plaintiff Integon Preferred Insurance Company.  I am one of the attorneys responsible for handling this litigation on behalf of plaintiff.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to those facts.  This declaration is submitted in support of the Ex Parte Application for Order for Publication of Summons.

2. I was also counsel of record for Integon in a prior declaratory relief action entitled Integon Preferred Insurance Company v. Mercedes Broughton, et al, Case No. 2:15-cv-1084 AB (ASx) in which defendant refused to accept service of the complaint, evaded service and had to be served by publication. Plaintiff obtained a default judgment in that action.

3. Because of my experience with the defendant in the prior action, I made the decision to immediately attempt to serve Mrs. Broughton by personal service rather than making any attempt to serve her by certified mail or by notice and acknowledgment of receipt, as I thought it would be quicker and more like to succeed.

4. Integon's process server, the Loaughlin Township Constable's Office, attempted service on January 13, January 17, January 18 and January 20, 2017. On the final attempt, Deputy Constable Arnold Wetzstein saw a woman in a vehicle leaving the residence, and he showed her his badge. The woman did not stop and drove away. A true and correct copy of Deputy Constable's Affidavit of Due Diligence is attached as Exhibit A.

5. Upon receipt of the Affidavit of Due Diligence, I made an attempt to serve the summons and complaint plaintiff upon defendant pursuant to California Code of Civil Procedure section 415.40, by certified mail. That attempt was unsuccessful as well. A true and correct copy of the rejected and returned envelope is attached as Exhibit B.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2017, at Los Angeles, California.

/s/ Katy A. Nelson
KATY A. NELSON

2

CASE NO. 2:16-CV-09207 AB (ASX)
DECLARATION OF KATY NELSON

# Exhibit A



# Exhibit A

232330.1



# Laughlin Township Constable's Office
## Jordan Ross, Constable

55 Civic Way
Laughlin NV 89029-1563
Administrative Office: 702-298-2311
Website: http://www.laughlinconstable.org

**AFFIDAVIT OF DUE DILIGENCE**

STATE OF NEVADA )
§
COUNTY OF CLARK )

FOR GENERAL USE – DO NOT USE FOR EVICTIONS

| Case Information | |
|---|---|
| Plaintiff(s) | INTEGON PREFERRED INSURANCE COMPANY |
| Defendant(s) | MERCEDES DEVONEY BROUGHTON |
| Case # | 2:16-CV-09207-AB-AS  Department # |

| Declaration of Service | | | | | |
|---|---|---|---|---|---|
| The below named affiant, being a duly sworn law enforcement officer in the State of Nevada, deputized by the Laughlin Constable's Office, states: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, is not a party to or interested in the proceeding in which this affidavit is made. That affiant received a copy of the following document(s): ||||||
| Document(s) | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF |||||
| receiving said document(s) on the date and time below: ||||||
| Date Received | 1-3-17 | Time | 11:00 | ☒ AM | ☐ PM |
| and served true and correct copy or copies of said document(s) at the date and time below: ||||||
| Date of Service | | Time | | ☐ AM | ☐ PM |
| and that said document(s) were served in the following manner: ||||||

☐ By serving the defendant [NAME] at [ADDRESS], their usual place of work.
☐ By serving the defendant Mercedes Devoney Broughton at 2509 Morrow Ridge Pl, Laughlin, NV 89029, their usual place of abode.
☐ By personally delivering and leaving a copy with [NAME], a person of suitable age and discretion living with the defendant [NAME] at the defendant's usual place of abode located at [ADDRESS].
☐ Through and by personally delivering and leaving a copy with _____,
agent for defendant, [NAME] at the defendant's usual place of business located at [ADDRESS].
☒ Affiant was unable to serve defendant.

Attempts: 1/13/17 @ 12:40pm, 1/17/17 @ 10:30am 1/18/17 @ 9:00am, and 1/20/17 @ 10:30am. On fourth attempt a tan auto was leaving the residence. The woman driving the car noticed me as I showed my badge. The woman did not stop, she just drove away.

| Declaration of Affiant | |
|---|---|
| I declare, on this date of service, under penalty of perjury under NRS 53.045 of the law of the State of Nevada that the foregoing is true and correct. ||
| Officer Name | Arnold Wetzstein |
| Officer Signature | *Arnold Wetzstein* |
| Rank | Deputy Constable   PIN   1619 |

# Exhibit B

# Exhibit B

232330.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mercedes Devoney Broughton
2509 Morrow Ridge Place
Laughlin, NV 89029

9590 9401 0016 5071 5104 34

2. Article Number *(Transfer from service label)*

7015 0640 0007 2099 0882

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Woolls Peer Dollinger & Scher
A PROFESSIONAL CORPORATION
ONE WILSHIRE BUILDING
624 SOUTH GRAND AVENUE., 22ND FLOOR
LOS ANGELES, CALIFORNIA 90017-3876

Mercedes Devoney Broughton
2509 Morrow Ridge Place
Laughlin, NV 89029-9020

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ Vacant ☐ Illegible
☐ No Such Street ☐ Number
☐ No Such Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address

7015 0640 0007 2099 0882



02 1P
0004664723  $007.710
FEB 03 2017
MAILED FROM ZIP CODE 90017