# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES DEVONEY BROUGHTON, an individual,<br><br>Defendants. | Case No. 2:16-CV-09207 AB (ASx)<br><br>[~~PROPOSED~~] ORDER AUTHORIZING PUBLICATION ON UNSERVED DEFENDANT MERCEDES DEVONEY BROUGHTON |

Plaintiff Integon Preferred Insurance Company has filed an ex parte application for an Order authorizing service by publication on unserved defendant Mercedes Devoney Broughton. Based on the record, and for good cause, the Court finds as follows:

1. Plaintiff Integon Preferred Insurance Company has a cause of action against defendant Mercedes Devoney Broughton.

2. Plaintiff Integon Preferred Insurance Company has exercised reasonable diligence in locating and serving defendant Mercedes Devoney Broughton.

3. Based on the information obtained by plaintiff Integon Preferred Insurance Company as part of its search, defendant Mercedes Devoney Broughton are most likely currently residing in Laughlin, Clark County, Nevada, but may have some

contact with Los Angeles County.

4. Notice by publications in newspapers that are published in Clark County, Nevada, and Los Angeles County would be the most likely to reach defendant Mercedes Devoney Broughton.

IT IS THEREFORE ORDERED that the following indented text shall be published once a week for four consecutive weeks in a newspaper regularly published and generally circulated in Clark County, Nevada (such as the Las Vegas Review-Journal) and Los Angeles County (such as the Los Angeles Daily Journal):

SUMMONS TO MERCEDES DEVONEY BROUGHTON

Integon Preferred Insurance Company, Plaintiff v. Mercedes Devoney Broughton, Defendant;

Case No. 2:16-CV-09207 AB (ASx), U.S. District Court for the Central District of California, United States Courthouse, 350 W. First Street, Los Angeles, California 90012, Courtroom 7B.

Notice to Mercedes Devoney Broughton: You have been sued.

(1) Integon Preferred Insurance Company has filed a Complaint for Declaratory Relief against you seeking a declaration of its rights and obligations under Personal Auto Policy No. PCA386195 with respect to its duty to continue to pay for your appeal in the personal injury, wrongful death and survival action filed in San Bernardino Superior Court, Case No. CIVNS1200020, by Arsenio D. Madero and Eloisa Madero individually and as successor in interest to DJ Mariah Madero, and JC Madero, against Mercedes Broughton and Paul Broughton.

(2) Unless you file with the District Court, and serve upon Integon Preferred Insurance Company's attorneys, Jeffrey A. Dollinger and Katy A. Nelson, an Answer to the Complaint within 21 days after service of this summons, default judgment may be taken against you. The address

for Jeffrey A. Dollinger, is Woolls Peer Dollinger & Scher, 624 S. Grand Ave., 22nd Floor, Los Angeles, California 90017.

IT IS FURTHER ORDERED that within 21 days after completion of service by publication, defendant Mercedes Devoney Broughton shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions;

IT IS FURTHER ORDERED that if a different address of defendant Mercedes Devoney Broughton is discovered by plaintiff Integon Preferred Insurance Company before expiration of the time prescribed for the publication, it shall mail this Order, the summons, and the Complaint for Declaratory Relief to defendant at that new address.

IT IS FURTHER ORDERED that the failure of defendant Mercedes Devoney Broughton to appear or plead within 21 days after personal service, or within 21 days after completion of service by publication, may result in a Default Judgment being entered against her in this action.

IT IS SO ORDERED.

DATED: March 13, 2017     By: _____
                              André Birotte Jr.
                              United States District Judge

Respectfully submitted by:

JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
KATY A. NELSON - State Bar No. 173759
knelson@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff
Integon Preferred Insurance Company