Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES DEVONEY BROUGHTON, an individual,<br><br>Defendants. | Case No. 2:16-CV-09207-AB (ASx)<br><br>**DECLARATORY JUDGMENT**<br><br>Filing Date: December 13, 2016 |

On August 7, 2017, good cause appearing therefore, this Court granted the Application For Default Judgment in favor of plaintiff Integon Preferred Insurance Company ("Integon") and against defendants Mercedes Broughton.

Declaratory judgment is therefore entered in favor of Integon and against Mercedes Broughton as follows:

a. Integon has no further duty to defend Mercedes Broughton with respect to the pending appeal in the action entitled Arsenio D. Madero and Eloisa Madero individually and as successor in interest to DJ Mariah Madero, and JC Madero vs. Mercedes Broughton, Paul Broughton and Mark Broughton, Los Angeles Superior Court Case No. BC566767, which seeks damages from Broughton arising from an auto accident that happened on July 6, 2011, because it has paid out the $300,000 per

accident limit of liability under Integon Policy number PCA386195 effective March 2, 2011 to September 2, 2011.

  b. Integon has no further duty to indemnify Mercedes Broughton with respect to the pending appeal in the action entitled Arsenio D. Madero and Eloisa Madero individually and as successor in interest to DJ Mariah Madero, and JC Madero vs. Mercedes Broughton, Paul Broughton and Mark Broughton, Los Angeles Superior Court Case No. BC566767, which seeks damages from Broughton arising from an auto accident that happened on July 6, 2011, because it has paid out the $300,000 per accident limit of liability under Integon Policy number PCA386195 effective March 2, 2011 to September 2, 2011.

DATED: August 25, 2017  By: _____

      André Birotte Jr., Judge of the United States District Court, Central District of California